**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
**Attorneys for Defendant,**
**EVAN RAY ATKINSON**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 3:22-MJ-0004-CLB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EVAN RAY ATKINSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER REGARDING 45 CFR § 164.512(f)**

On January 12, 2022, the Court Ordered Defendant Evan Ray Atkinson to be released from custody on conditions that include placement in the Fred Brown Recovery Services treatment program. The Order further requires Mark Malone, Director at Fred Brown Recovery Services, to notify United States Pretrial Services in the event that he becomes aware of Evan Atkinson violating the conditions of his release. Accordingly, the Court hereby Orders that even without a consent form being executed by Evan Atkinson, or in the event that a consent form is executed by Evan Atkinson and later revoked, Mark Malone as Director of Fred Brown Recovery Services is Ordered to report to Pretrial Services, without patient authorization, any knowledge that he has that Mr. Atkinson has

violated conditions of his pretrial release. Mark Malone as Director of Fred Brown Recovery Services is further Ordered to report to United States Pretrial Services, without patient authorization, that Mr. Atkinson has revoked any prior consent that he has given to Fred Brown Recovery Services which authorized Fred Brown Recovery Services to communicate with United States Pretrial Services if any such revocation should occur.

These Orders are entered pursuant to the exceptions to the Health Insurance Portability and Accountability Act ("HIPAA") found in 45 CFR § 164.512(f).

**IT IS SO ORDERED.**

Dated this  13th  day of January, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

   /s/ Richard A. Schonfeld   
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Evan Atkinson

Approved as to Form:

CHRISTOPHER CHIOU
Acting United States Attorney

   /s/ Andolyn Johnson   
ANDOLYN JOHNSON
Assistant United States Attorney